**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-6989**

---

DEREK LIONEL MOYLER,

Petitioner - Appellant,

versus

WARDEN, BUCKINGHAM CORRECTIONAL CENTER,

Respondent - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Albert V. Bryan, Jr., Senior District Judge. (CA-99-409-AM)

---

Submitted: October 7, 1999          Decided: October 14, 1999

---

Before MURNAGHAN, LUTTIG, and MOTZ, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Derek Lionel Moyler, Appellant Pro Se. Daniel John Munroe, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Derek Lionel Moyler seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Moyler v. Warden, Buckingham, No. CA-99-409-AM (E.D. Va. June 7, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED